■ Joy DeBellis, as Administratrix of the Estate of Louis J. DeBellis, Deceased, Appellant-Respondent, v Kenneth Maula, Respondent-Appellant.—Judgment, Supreme Court, Bronx County (Bertram Katz, J.), entered on or about September 25, 1991, which, *inter alia,* after a nonjury trial, awarded plaintiff $150,000 for future pecuniary loss, unanimously modified, on the facts and in the exercise of discretion, to increase the award for future pecuniary loss to $1 million, and otherwise affirmed, without costs.

We find the verdict inadequate to the extent indicated. Concur—Carro, J. P., Milonas, Ellerin and Asch, JJ.